COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 IN RE: HAROLD WAYNE MITCHELL, 
  
                 Relator.
 
 
 §
  
 §
  
 §
 
 
 
 
 
 No. 08-12-00009-CR
  
 AN ORIGINAL
 PROCEEDING
 
 
 
 
 IN MANDAMUS
 
 
 
 
 
 
 
 
  
 
 
 §
  
 
 
  
 
 
 
 
 
 
  
 
 


MEMORANDUM OPINION

 

Relator,
Harold Mitchell, has filed a petition for writ of mandamus, requesting that
this Court compel the presiding judge of the 358th Judicial District Court of
Ector County, Texas to enter certain orders, and grant his request to have his
inmate trust account reimbursed for certain expenditures.  Because this Court’s mandamus authority does
not include the Respondent in this case, the petition is denied.  See
Tex.Gov’t Code Ann. § 22.221(b)
(West 2004).

 

                                                                        GUADALUPE RIVERA, Justice

January 18, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.

 

(Do Not Publish)